Exhibit B        Bond Denial dated 7/19/2021

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
201 VARICK ST., RM 1140
NEW YORK, NY  10014

The Law Offices of Audrey A. Thomas P.C.
Thomas, Audrey
245-07 Francis Lewis Blvd
Rosedale, NY  11422

In the matter of                File A 216-082-982        DATE: Jul 19, 2021
SOROKIN, ANNA

\_\_ Unable to forward - No address provided.

X  Attached is a copy of the decision of the Immigration Judge. This decision
   is final unless an appeal is filed with the Board of Immigration Appeals
   within 30 calendar days of the date of the mailing of this written decision.
   See the enclosed forms and instructions for properly preparing your appeal.
   Your notice of appeal, attached documents, and fee or fee waiver request
   must be mailed to:    Board of Immigration Appeals
                         Office of the Clerk
                         5107 Leesburg Pike, Suite 2000
                         Falls Church, VA 22041

\_\_ Attached is a copy of the decision of the immigration judge as the result
   of your Failure to Appear at your scheduled deportation or removal hearing.
   This decision is final unless a Motion to Reopen is filed in accordance
   with Section 242b(c)(3) of the Immigration and Nationality Act, 8 U.S.C. §
   1252b(c)(3) in deportation proceedings or section 240(b)(5)(C), 8 U.S.C. §
   1229a(b)(5)(C) in removal proceedings.  If you file a motion to reopen, your
   motion must be filed with this court:
                         IMMIGRATION COURT
                         201 VARICK ST., RM 1140
                         NEW YORK, NY  10014

\_\_ Attached is a copy of the decision of the immigration judge relating to a
   Reasonable Fear Review. This is a final order. Pursuant to 8 C.F.R. §
   1208.31(g)(1), no administrative appeal is available. However, you may file
   a petition for review within 30 days with the appropriate Circuit Court of
   Appeals to appeal this decision pursuant to 8 U.S.C. § 1252; INA §242.

\_\_ Attached is a copy of the decision of the immigration judge relating to a
   Credible Fear Review. This is a final order. No appeal is available.

X  Other: _ORDER OF THE IMMIGRATION JUDGE; Bond Redetermination_

                                              _____
                                              COURT CLERK
                                              IMMIGRATION COURT              FF

cc: ASSISTANT CHIEF COUNSEL
    201 VARICK STREET, ROOM #1130

NEW YORK, NY,   10014

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
NEW YORK, NY

In the Matter of: **ANNA SOROKIN**          A Number: **A-216-082-982**

### ORDER OF THE IMMIGRATION JUDGE

Upon consideration of the Respondent's Motion for BOND REDETERMINATION HEARING, it is HEREBY ORDERED that the motion be ☐ GRANTED ☒ DENIED because:

☐ DHS does not oppose the motion

☐ A response to the motion has not been filed with the court.

☐ Good cause has been established for the motion

☐ The Court agrees with the reasons stated in the opposition to the motion

☐ The motion is untimely per _____.

☒ Other: This court has no jurisdiction — see
Deadlines: Memorandum Decision of the Immigration
Judge, dated 4/25/21 — also on appeal with BIA.
No materially changed circumstances demonstrated.

Date: 7/19/2021

Charles Conroy
Immigration Judge

---

Certificate of Service

The document was served by: [ ] Mail     [ ] ☐Personal Service

To:   [ ] Alien   [ ] Alien c/o Custodial officer   [P] Alien's atty/Rep   [M] DHS

Date: 7/19/21

By: Court staff _SAR_

27