Exhibit J …………………………. Certificate of Disposition and Verdict of Conviction

SUPREME COURT OF THE STATE OF NEW YORK    NO FEE
NEW YORK COUNTY
100 CENTRE STREET
NEW YORK, NY 10013

## CERTIFICATE OF DISPOSITION INDICTMENT

DATE: 05/21/2019    CERTIFICATE OF DISPOSITION NUMBER: 61286

PEOPLE OF THE STATE OF NEW YORK    CASE NUMBER:  03129-2017
VS.    LOWER COURT NUMBER(S):
    DATE OF ARREST:  10/25/2017
    ARREST #:  M17665051
    DATE OF BIRTH:
SOROKIN, ANNA    DATE FILED:  08/30/2017

DEFENDANT

I HEREBY CERTIFY THAT IT APPEARS FROM AN EXAMINATION OF THE RECORDS
ON FILE IN THIS OFFICE THAT ON 04/25/2019 THE ABOVE NAMED DEFENDANT WAS
CONVICTED OF THE CRIME(S) BELOW BEFORE JUSTICE KIESEL,D THEN A
JUSTICE OF THIS COURT.

ATTEMPTED GRAND LARCENY 1st DEGREE PL  110-155.42 00 CF
GRAND LARCENY 2nd DEGREE PL  155.40 01 CF
GRAND LARCENY 2nd DEGREE PL  155.40 01 CF
THEFT OF SERVICES  PL  165.15 03 AM
GRAND LARCENY 3rd DEGREE PL  155.35 01 DF

THAT ON 05/09/2019, UPON THE AFORESAID CONVICTION BY TRIAL THE HONORABLE
KIESEL,D  THEN A JUDGE OF THIS COURT, SENTENCED THE DEFENDANT
TO

ATTEMPTED GRAND LARCENY 1st DEGREE PL  110-155.42 00 CF
$ = $21,000
IMPRISONMENT = 4 YEAR(S)  TO 12 YEAR(S)
CONCURRENT TO: 02441-2019

GRAND LARCENY 2nd DEGREE PL  155.40 01 CF
IMPRISONMENT = 4 YEAR(S)  TO 12 YEAR(S)

GRAND LARCENY 2nd DEGREE PL  155.40 01 CF
IMPRISONMENT = 4 YEAR(S)  TO 12 YEAR(S)

THEFT OF SERVICES  PL  165.15 03 AM
IMPRISONMENT =  1 YEAR(S)

GRAND LARCENY 3rd DEGREE PL  155.35 01 DF
IMPRISONMENT = 28 MONTH(S)  TO 7 YEAR(S)

RESTITUTION = $188,100
TOTAL FINE = $21,000 (JUDGMENT ORDERED)
CVAF = $25 (JUDGMENT ORDERED)
DNA  = $50 (JUDGMENT ORDERED)
SURCHARGE = $300 (JUDGMENT ORDERED)

SOROKIN, ANNA                    03129-2017                         PAGE:    2

IN WITNESS WHEREOF, I HAVE HEREUNTO SET MY HAND AND AFFIXED MY OFFICIAL SEAL ON THIS DATE 05/21/2019.

_____
COURT CLERK

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK: PART 31
-----------------------------------------------------------------x
THE PEOPLE OF THE STATE OF NEW YORK

            -against-

ANNA SOROKIN,
a.k.a. ANNA DELVEY,

                        Defendant
-----------------------------------------------------------------x

RESTITUTION AND FINES
JUDGMENT ORDER
Indictment Nos.   3129/2017
                             2441/2018

       The Defendant having been convicted of the offenses of Attempted Grand Larceny in the First Degree (P.L. § 110/155.42), two counts of Grand Larceny in the Second Degree (P.L. § 155.40[1]), one count of Grand Larceny in the Third Degree (P.L. § 155.35[1]), one count of Theft of Services (P.L. § 165.15[3]), and three counts of Theft of Services (P.L. § 165.15[2]), and sentenced to an indeterminate term of 4 to 12 years incarceration, is hereby directed pursuant to Section 420.10 of the Criminal Procedure Law and Sections 60.27, 80.00, and 80.05 of the Penal Law to pay restitution and fines in the following amounts:

1. The Defendant shall pay a total of $198,956.19 restitution. The name of each victim and the amount due each victim is as follows:

| Victim: | Percentage of Restitution: 100% | Total Owed: $198,956.19 |
|---|---|---|
| City National Bank, N.A. | 50.26% | $100,000.00 |
| Citibank, N.A. | 35.18% | $70,000.00 |
| Signature Bank, N.A. | 4.07% | $8,100.00 |
| FlyBlade, Inc. | 5.03% | $10,000.00 |
| Beekman, A Thompson Hotel | 5.03% | $10,000.00 |
| W New York – Downtown Hotel | 0.34% | $679.81 |
| Le Parker Meridien Hotel | 0.09% | $176.38 |

2. The Defendant shall pay fines in the amount of $24,000.00, determined as follows:

| Ct. | Charge | Fine |
|---|---|---|
| Ct. 2 | Attempted Grand Larceny in the First Degree (P.L. § 110/155.42) | $5,000 |
| Ct. 3 | Grand Larceny in the Second Degree (P.L. § 155.40[1]) | $5,000 |
| Ct. 4 | Grand Larceny in the Second Degree (P.L. § 155.40[1]) | $5,000 |
| Ct. 6 | Grand Larceny in the Third Degree (P.L. § 155.35[1]) | $5,000 |
| Ct. 7 | Theft of Services (P.L. § 165.15[2]) | $1,000 |
| Ct. 8 | Theft of Services (P.L. § 165.15[2]) | $1,000 |
| Ct. 9 | Theft of Services (P.L. § 165.15[2]) | $1,000 |
| Ct. 10 | Theft of Services (P.L. § 165.15[2]) | $1,000 |

3. **Civil Liability to Victims**: This order shall be filed as a civil judgment in the Office of the County Clerk of the County of New York and, once filed, shall constitute a civil

judgment enforceable by the victims, their representatives, or the District Attorney's Offfice pursuant to Section 420.10(6) of the Criminal Procedure Law. The Defendant shall be civilly liable to each victim for the full restitution mandated by this order. The victims identified in this order and the District Attorney of New York County, One Hogan Place, New York, NY 10013, on behalf of the victims, shall have judgment against the Defendant for the restitution amounts noted herein and have execution therefor. These judgments shall take priority over civil judgment for fines.

4. **Civil Liability for Fines:** This order shall be filed as a civil judgment in the Office of the County Clerk of the County of New York and, once filed, shall constitute a civil judgment enforceable by the Supreme Court of the State of New York, County of New York pursuant to Section 420.10(6) of the Criminal Procedure Law. The Defendant shall be civilly liable to the Supreme Court of the State of New York, County of New York for the fines mandated by this order. The Supreme Court of the State of New York, County of New York, shall have judgment against the Defendant for the restitution amounts noted herein and have execution therefor. Any civil judgment for restitution shall take priority over this judgment.

5. **Payment to Indemnors:** If a victim identified herein has been indemnified by a third party, such as an insurance company, a financial institution, or a business, then the funds payable under this order shall be paid to the indemnifier, upon proof of payment to the victim of record.

6. **Notice to Victims:** Notice of this order must be given to the persons to whom it is to be paid, including the conditions under which it is to be remitted, the name and address of Safe Horizon, the amount of the restitution, and the availability of civil proceedings for collection.

**SERVED UPON:**

_____
Defendant

**SO ORDERED:**

_Diane Kiesel_
Diane Kiesel, Acting Supreme Court Justice
**HON. DIANE KIESEL**

DATED:   May 9, 2019
         New York, NY

PART-31   **MAY 0 9 2019**

ENTER JUDGMENT:

_____
Milton Adair Tingling
County Clerk

**A. CLARKE**
**ASSOC. CT. CLERK**

- 2 -

NEW YORK COUNTY SUPREME COURT
CRIMINAL BRANCH, PART 31
ORDER

IN THE MATTER OF
THE PEOPLE OF THE STATE OF NEW YORK            Indictment No. 3129/2017
        vs.                                                           Indictment No. 2441/2018
ANNA SOROKIN a/k/a ANNA DELVEY
247 Harris Road
Bedford Hills, New York 10507                            Honorable Diane Kiesel

The defendant, having been convicted in a New York County Court of Attempted Grand Larceny in the First Degree in violation of Penal Law §110/155.43, Grand Larceny in the Second Degree in violation of PL §155.40, Grand Larceny in the Third Degree in violation of PL 1§55.35, Theft of Services in violation of PL §165.15(3) and Theft of Services in violation of PL §165.15(3) in Part 31 before Justice Diane Kiesel, is hereby directed, pursuant to Art. 420 of the Criminal Procedure Law, to pay the following restitution/reparation to the victim(s) designated as creditors below,

| | |
|---|---|
| Restitution/Reparation to Citi National Bank, N.A: | $ 100,000 |
| Surcharge to Safe Horizon: | $ 0 |
| **TOTAL DUE FROM DEFENDANT** | **$ 100,000** |

AND IT IS FURTHER ORDERED, that the defendant, residing at the address in the above caption, pay the amount of $100,000 to the following creditor/victim:

City National Bank, N.A.
555 S. Flower Street, 46th Floor
Los Angeles, CA 90071
Tel: 213-673-9548

AND IT IS FURTHER ORDERED, that a certified copy of this order shall be filed with the New York County Clerk.

_Diane Kiesel_                                                                            Date: 3/2/20
JUSTICE OF THE SUPREME COURT **HON. DIANE KIESEL**
                                                                                                     PART 31        MAR 0 2 2020

_[signature]_
MILTON ADAIR TINGLING
CLERK OF THE SUPREME COURT                                                    11/4/19 form

A. CLARKE
ASSOC. CT. CLERK

NEW YORK COUNTY SUPREME COURT
CRIMINAL BRANCH, PART 31
ORDER

IN THE MATTER OF
THE PEOPLE OF THE STATE OF NEW YORK

vs.

ANNA SOROKIN a/k/a ANNA DELVEY
247 Harris Road
Bedford Hills, New York 10507

Indictment No. 3129/2017
Indictment No. 2441/2018
Honorable Diane Kiesel

The defendant, having been convicted in a New York County Court of Attempted Grand Larceny in the First Degree in violation of Penal Law §110/155.43, Grand Larceny in the Second Degree in violation of PL §155.40, Grand Larceny in the Third Degree in violation of PL 1§55.35, Theft of Services in violation of PL §165.15(3) and Theft of Services in violation of PL §165.15(3) in Part 31 before Justice Diane Kiesel, is hereby directed, pursuant to Art. 420 of the Criminal Procedure Law, to pay the following restitution/reparation to the victim(s) designated as creditors below,

| | |
|---|---|
| Restitution/Reparation to Citibank, N.A.: | $70,000 |
| Surcharge to Safe Horizon: | $ 0 |
| **TOTAL DUE FROM DEFENDANT** | **$ 70,000** |

AND IT IS FURTHER ORDERED, that the defendant, residing at the address in the above caption, pay the amount of **$70,000** to the following creditor/victim:

Citibank, N.A.
14700 Citicorp Drive
Hagerstown, MD 21742

AND IT IS FURTHER ORDERED, that a certified copy of this order shall be filed with the New York County Clerk.

*Diane Kiesel*
JUSTICE OF THE SUPREME COURT   HON. DIANE KIESEL   Date: 3/2/20

PART 31   MAR 0 2 2020

MILTON ADAIR TINGLING
CLERK OF THE SUPREME COURT
A. CLARKE
ASSOC. CT. CLERK

11/4/19 form

NEW YORK COUNTY SUPREME COURT
CRIMINAL BRANCH, PART 31
ORDER

IN THE MATTER OF
THE PEOPLE OF THE STATE OF NEW YORK        Indictment No. 3129/2017
    vs.                                      Indictment No. 2441/2018
ANNA SOROKIN a/k/a ANNA DELVEY
247 Harris Road
Bedford Hills, New York 10507               Honorable Diane Kiesel

The defendant, having been convicted in a New York County Court of Attempted Grand Larceny in the First Degree in violation of Penal Law §110/155.43, Grand Larceny in the Second Degree in violation of PL §155.40, Grand Larceny in the Third Degree in violation of PL 1§55.35, Theft of Services in violation of PL §165.15(3) and Theft of Services in violation of PL §165.15(3) in Part 31 before Justice Diane Kiesel, is hereby directed, pursuant to Art. 420 of the Criminal Procedure Law, to pay the following restitution/reparation to the victim(s) designated as creditors below,

Restitution/Reparation to Signature Bank. N.A:

    $ 8,100

Surcharge to Safe Horizon:                                    $ 0

**TOTAL DUE FROM DEFENDANT**                                  **$ 8,100**

AND IT IS FURTHER ORDERED, that the defendant, residing at the address in the above caption, pay the amount of $8,100 to the following creditor/victim:

Signature Bank
565 Fifth Avenue, 8th Floor
New York, New York 10017

AND IT IS FURTHER ORDERED, that a certified copy of this order shall be filed with the New York County Clerk.

_Diane Kiesel_    HON. DIANE KIESEL  Date: 3/2/20
JUSTICE OF THE SUPREME COURT                    PART 31    MAR 02 2020

_____
MILTON ADAIR TINGLING
CLERK OF THE SUPREME COURT    A. CLARKE                      11/4/19 form
                              ASSOC. CT. CLERK

NEW YORK COUNTY SUPREME COURT
CRIMINAL BRANCH, PART 31
ORDER

IN THE MATTER OF
THE PEOPLE OF THE STATE OF NEW YORK            Indictment No. 3129/2017
vs.                                            Indictment No. 2441/2018
ANNA SOROKIN a/k/a ANNA DELVEY
247 Harris Road
Bedford Hills, New York 10507                  Honorable Diane Kiesel

The defendant, having been convicted in a New York County Court of Attempted Grand Larceny in the First Degree in violation of Penal Law §110/155.43, Grand Larceny in the Second Degree in violation of PL §155.40, Grand Larceny in the Third Degree in violation of PL 1§55.35, Theft of Services in violation of PL §165.15(3) and Theft of Services in violation of PL §165.15(3) in Part 31 before Justice Diane Kiesel, is hereby directed, pursuant to Art. 420 of the Criminal Procedure Law, to pay the following restitution/reparation to the victim(s) designated as creditors below,

| | |
|---|---|
| Restitution/Reparation to FlyBlade, Inc.: | $10,000 |
| Surcharge to Safe Horizon: | $ 0 |
| **TOTAL DUE FROM DEFENDANT** | **$ 10,000** |

AND IT IS FURTHER ORDERED, that the defendant, residing at the address in the above caption, pay the amount of $10,000 to the following creditor/victim:

FlyBlade, Inc.
BLADE Urban Air Mobility, Inc.
640 West 28th Street, 6th Floor
New York, NY 10001

AND IT IS FURTHER ORDERED, that a certified copy of this order shall be filed with the New York County Clerk.

*Diane Kiesel*
JUSTICE OF THE SUPREME COURT   HON. DIANE KIESEL   Date: 3/2/20
                                                   PART 31

MAR 02 2020

MILTON ADAIR TINGLING
CLERK OF THE SUPREME COURT                                    11/4/19 form

A. CLARKE
ASSOC. CT. CLERK

NEW YORK COUNTY SUPREME COURT
CRIMINAL BRANCH, PART 31
ORDER

IN THE MATTER OF
THE PEOPLE OF THE STATE OF NEW YORK
vs.
ANNA SOROKIN a/k/a ANNA DELVEY
247 Harris Road
Bedford Hills, New York 10507

Indictment No. 3129/2017
Indictment No. 2441/2018

Honorable Diane Kiesel

The defendant, having been convicted in a New York County Court of Attempted Grand Larceny in the First Degree in violation of Penal Law §110/155.43, Grand Larceny in the Second Degree in violation of PL §155.40, Grand Larceny in the Third Degree in violation of PL 1§55.35, Theft of Services in violation of PL §165.15(3) and Theft of Services in violation of PL §165.15(3) in Part 31 before Justice Diane Kiesel, is hereby directed, pursuant to Art. 420 of the Criminal Procedure Law, to pay the following restitution/reparation to the victim(s) designated as creditors below,

| | |
|---|---|
| Restitution/Reparation to Beekman A. Thompson Hotel: | $10,000 |
| Surcharge to Safe Horizon: | $ 0 |
| **TOTAL DUE FROM DEFENDANT** | **$ 10,000** |

AND IT IS FURTHER ORDERED, that the defendant, residing at the address in the above caption, pay the amount of $10,000 to the following creditor/victim:

Beekman A. Thompson Hotel
123 Nassau Street
New York, NY 10038

AND IT IS FURTHER ORDERED, that a certified copy of this order shall be filed with the New York County Clerk.

_Diane Kiesel_
JUSTICE OF THE SUPREME COURT **HON. DIANE KIESEL**

Date: __3/2/20__

PART 31   MAR 02 2020

_____
MILTON ADAIR TINGLING
CLERK OF THE SUPREME COURT

11/4/19 form

A. CLARKE
ASSOC. CT. CLERK

NEW YORK COUNTY SUPREME COURT
CRIMINAL BRANCH, PART 31
ORDER

| | |
|---|---|
| IN THE MATTER OF | |
| THE PEOPLE OF THE STATE OF NEW YORK | Indictment No. 3129/2017 |
| vs. | Indictment No. 2441/2018 |
| ANNA SOROKIN a/k/a ANNA DELVEY | |
| 247 Harris Road | |
| Bedford Hills, New York 10507 | Honorable Diane Kiesel |

The defendant, having been convicted in a New York County Court of Attempted Grand Larceny in the First Degree in violation of Penal Law §110/155.43, Grand Larceny in the Second Degree in violation of PL §155.40, Grand Larceny in the Third Degree in violation of PL 1§55.35, Theft of Services in violation of PL §165.15(3) and Theft of Services in violation of PL §165.15(3) in Part 31 before Justice Diane Kiesel, is hereby directed, pursuant to Art. 420 of the Criminal Procedure Law, to pay the following restitution/reparation to the victim(s) designated as creditors below,

| | |
|---|---|
| Restitution/Reparation to W New York Downtown Hotel | $679.81 |
| Surcharge to Safe Horizon: | $ 0 |
| **TOTAL DUE FROM DEFENDANT** | **$ 679.81** |

AND IT IS FURTHER ORDERED, that the defendant, residing at the address in the above caption, pay the amount of $679.81 to the following creditor/victim:

W New York Downtown Hotel
W Hotels Worldwide
8 Albany Street
New York, NY 10006

AND IT IS FURTHER ORDERED, that a certified copy of this order shall be filed with the New York County Clerk.

_Diane Kiesel_
JUSTICE OF THE SUPREME COURT   HON. DIANE KIESEL   Date: 3/2/20

PART 31   MAR 0 2 2020

_signature_
MILTON ADAIR TINGLING
CLERK OF THE SUPREME COURT

A. CLARKE
ASSOC. CT. CLERK

11/4/19 form

NEW YORK COUNTY SUPREME COURT
CRIMINAL BRANCH, PART 31
ORDER

IN THE MATTER OF
THE PEOPLE OF THE STATE OF NEW YORK

vs.

ANNA SOROKIN a/k/a ANNA DELVEY
247 Harris Road
Bedford Hills, New York 10507

Indictment No. 3129/2017
Indictment No. 2441/2018

Honorable Diane Kiesel

The defendant, having been convicted in a New York County Court of Attempted Grand Larceny in the First Degree in violation of Penal Law §110/155.43, Grand Larceny in the Second Degree in violation of PL §155.40, Grand Larceny in the Third Degree in violation of PL 1§55.35, Theft of Services in violation of PL §165.15(3) and Theft of Services in violation of PL §165.15(3) in Part 31 before Justice Diane Kiesel, is hereby directed, pursuant to Art. 420 of the Criminal Procedure Law, to pay the following restitution/reparation to the victim(s) designated as creditors below,

| | |
|---|---|
| Restitution/Reparation to Le Parker Meridien Hotel | $176.38 |
| Surcharge to Safe Horizon: | $ 0 |
| **TOTAL DUE FROM DEFENDANT** | **$ 176.38** |

AND IT IS FURTHER ORDERED, that the defendant, residing at the address in the above caption, pay the amount of **$176.38** to the following creditor/victim:

Le Parker Meridian Hotel
119 W 56th Street
New York, NY 10019

AND IT IS FURTHER ORDERED, that a certified copy of this order shall be filed with the New York County Clerk.

_Diane Kiesel_
JUSTICE OF THE SUPREME COURT
HON. DIANE KIESEL

Date: 3/2/20
PART 31   MAR 0 2 2020

_signature_
MILTON ADAIR TINGLING
CLERK OF THE SUPREME COURT   A. CLARKE
ASSOC. CT. CLERK

11/4/19 form