

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

August 10, 2021

**By ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  *Sorokin v. Dubois*, 21-cv-6588 (JMF)

Dear Judge Furman:

    I write respectfully on behalf of the parties in the above-referenced habeas corpus matter, in which petitioner Anna Sorokin challenges her immigration detention. The parties are scheduled to appear before Your Honor this Thursday, August 12, 2021, for an initial conference. In accordance with the Court's order of August 5, 2021 (ECF No. 3), the parties have conferred about this case in advance of the conference.

    While I am still getting up to speed about this case, it appears unlikely that this matter can be resolved without briefing. To that end, the parties have conferred and have agreed on a proposed briefing schedule, under which the petitioner would file an amended habeas petition by August 26, 2021, the government would file its response to the amended habeas petition by September 16, 2021, and the petitioner would file a reply by September 23, 2021. In light of the foregoing, the parties believe that a conference is unnecessary and are content with the Court cancelling the conference.

    We thank the Court for its consideration of this submission.

                            Respectfully,

                             AUDREY STRAUSS
                             United States Attorney for the
                             Southern District of New York

By:   /s/ *Brandon M. Waterman*
       BRANDON M. WATERMAN
       Assistant United States Attorney
       86 Chambers Street, Third Floor
       New York, New York 10007
       Tel.   (212) 637-2741

cc:     Audrey Thomas, Esq. (by ECF)
        *Counsel for Petitioner*