Exhibit A …………………………. Receipt for Application to extend status

| Department of Homeland Security | Form I-797C, Notice of Action |
|---|---|
| U.S. Citizenship and Immigration Services | |

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | July 16, 2021 |
| CASE TYPE | USCIS ALIEN NUMBER |
| I-539, Application to Extend-Change Nonimmigrant Status | A216082982 |
| RECEIPT NUMBER | RECEIVED DATE | PAGE |
| EAC2190081406 | July 13, 2021 | 1 of 1 |
| | | DATE OF BIRTH |
| | | January 23, 1991 |

ANNA SOROKIN
C/O THE LAW OFFICE OF AUDREY THOMAS PL
245 07 FRANCIS LEWIS BLVD
ROSEDALE, NY 11422

1-00000089

**PAYMENT INFORMATION:**

Application/Petition Fee: $370.00
Total Amount Received: $455.00
Total Balance Due: $0.00

**NAME AND MAILING ADDRESS**

We have received your form and are currently processing the above case for the following applicants:

| Name | Date of Birth | Country of Birth | Class (If Applicable) |
|---|---|---|---|
| SOROKIN, ANNA | 1/23/1991 | RUSSIA | |

If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment. We will also provide a receipt number for each co-applicant with their application support center (ASC) appointment notice.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**

Department of Homeland Security
Vermont Service Center
38 River Rd
Essex Junction, VT  05479-0001

**USCIS Contact Center Number:**

(800)375-5283




If this is an interview or biometrics appointment notice, please see the back of this notice for important information.   Form I-797C  04/01/19